**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| ANDREW MACHALEK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:17-01809 |
| | ) |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, | ) **NOTICE OF SETTLEMENT** |
| | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff, Andrew Machalek, and Defendant, Receivables Performance Management, LLC.  Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within 60 days.

GORDON & REES LLP


By: /s/ Sean P. Flynn
GORDON & REES LLP
One N. Franklin, Suite 800
Chicago, IL 60606
sflynn@grsm.com
Telephone: (312)565-1400
Fax: (312)565-6511
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on 12/13/2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and on September 6, 2016, mailed a copy of the NOTICE OF SETTLEMENT to Plaintiff's counsel via regular U.S. Mail, postage prepaid to:

Nathan D. Sturycz, Esq.
Jeremy Glapion, Esq.
100 N. Main, Suite 11
Edwardsville, IL  62025
(877) 314-3223
Fax (888) 632-6937
Nathan@mainstreet-law.com
jmg@glapionlaw.com

Respectfully submitted,

By: *s/ Sean P. Flynn*
GORDON & REES LLP
One N. Franklin, Suite 800
Chicago, IL 60606

Telephone: (312)565-1400
Fax: (312)565-6511
*Attorneys for Defendant*