UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREW MACHALEK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:17 CV 1809 RWS |
| ) | |
| RECEIVABLES PERFORMANCE ) | |
| MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter is before me on plaintiff's letter requesting an extension of time to file a stipulation for dismissal. Letters to the Court are prohibited by local rule. As a one-time courtesy, the Court will construe the letter as a motion for an extension of time and grant the parties an extension of time, up to and including March 16, 2018, to execute their settlement documents and file their stipulation for dismissal. However, any additional requests for extensions of time should be filed as motions, and plaintiff should not send the Court any more letters.

Accordingly,

**IT IS HEREBY ORDERED** that counsel is granted an extension of time, up to and including **March 16, 2018**, to file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment in accordance with the Order dated December 14, 2017.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 13th day of February, 2018.