# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **ANDREW MACHALEK,**<br><br>     Plaintiff,<br><br>v.<br><br>**RECEIVABLES PERFORMANCE MANAGEMENT, LLC**<br><br>     Defendant. | Civil Case No.: 17-cv-1809<br><br>*So Ordered*<br><br>/s/ [signature] USDJ<br>3/19/18 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, Plaintiff Andrew Machalek, through his counsel, hereby gives notice that the above-captioned action is dismissed with prejudice and without costs to either party.

Dated: March 15, 2018          */s/ Jeremy M. Glapion*

Jeremy M. Glapion
**THE GLAPION LAW FIRM, LLC**
1704 Maxwell Drive
Wall, New Jersey 07719
Tel: 732.455.9737
Fax: 732.709.5150

Attorney for Plaintiff

*/s/ Sean P. Flynn*

Sean P. Flynn
**GORDON & REES LLP**
One N. Franklin, Suite 800
Chicago, IL 60606
sflynn@grsm.com
Tel: (312)565-1400
Fax: (312)565-6511
*Attorneys for Defendant*